UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GUADALUPE GONZALEZ, ANTONIO GONZALEZ,<br><br>　　　　　　Defendants. | **Case No.  1:17-cv-00079-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 8) |

　　　　On March 21, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 8.)  Defendants have not filed an answer or motion for summary judgment.   In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　　Dated:　**March 22, 2017**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1